# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BECKER, JOANNE M                    §    Case No. 12-03924
                                    §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,

> Will County Court - Joliet City Hall
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012            By: /s/ Bradley J. Waller
                                                     Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
BECKER, JOANNE M § Case No. 12-03924
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 163.00 | $ 0.00 | $ 163.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,913.00 |
| Remaining Balance | $ 8,087.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,457.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 2,467.07 | $ 0.00 | $ 1,080.90 |
| 000002 | PHARIA L.L.C. | $ 5,298.20 | $ 0.00 | $ 2,321.30 |
| 000003 | American InfoSource LP as agent for | $ 314.00 | $ 0.00 | $ 137.57 |
| 000004 | GE Capital Retail Bank | $ 3,562.31 | $ 0.00 | $ 1,560.76 |
| 000005 | Capital One Bank (USA), N.A. | $ 875.59 | $ 0.00 | $ 383.62 |
| 000006 | Capital One Bank (USA), N.A. | $ 947.54 | $ 0.00 | $ 415.15 |
| 000007 | Portfolio Recovery Associates, LLC | $ 2,277.01 | $ 0.00 | $ 997.63 |
| 000008 | Cavalry Portfolio Services, LLC | $ 1,148.96 | $ 0.00 | $ 503.39 |
| 000009 | Cavalry Portfolio Services, LLC | $ 734.53 | $ 0.00 | $ 321.82 |
| 000010 | Capital One N.A. | $ 679.58 | $ 0.00 | $ 297.74 |
| 000011 | American InfoSource LP as agent for | $ 153.18 | $ 0.00 | $ 67.12 |

Total to be paid to timely general unsecured creditors            $            8,087.00

Remaining Balance            $            0.00

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                              Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-03924-BWB
Joanne M Becker                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 2          Date Rcvd: Mar 06, 2012
                              Form ID: ntcftfc7       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2012.
db          +Joanne M Becker,  2208 Grayhawk Dr.,   Plainfield, IL 60586-6565
18441101    +Applied Card Bank,   Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
18441103    +Calvary Portfolio Services,   Attention: Bankruptcy Department,   500 Summit Lake Dr.,
              Valhalla, NY 10595-1340
18441106    +Credit One,   P.O. Box 60500,   City of Industry, CA 91716-0500
18441105    +Deutsche Bank National Trust Co,   as Trustee for Carrington Home,   Anna C Stanley,
              Potestive & Assoc P.c.,   223 W Jackson Blvd Suite 610,   Chicago, IL 60606-6911
18441108    +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
18441107    +Edward Hospital,   801 S. Washington St.,   Naperville, IL 60540-7499
18441116    +MRSI,   2250 E. Devon Avenue, Suite 352,   Des Plaines, IL 60018-4521
18441114    +Medical Recovery Specialists, LLC,   2250 E Devon Ave., Ste 352,   Des Plaines, IL 60018-4519
18441117    +Northstar Capital Acquisition,   c/o National Management Recovery,
              5944 Coral Ridge Drive, Suite 204,   Coral Springs, FL 33076-3300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18441099    +EDI: GMACFS.COM Mar 07 2012 02:48:00     Ally Financial,   200 Renaissance Ctr,
              Detroit, MI 48243-1300
18441100    +EDI: HFC.COM Mar 07 2012 02:48:00     American Dream Card,   P.O. Box 17313,
              Baltimore, MD 21297-1313
18441102    +EDI: TSYS2.COM Mar 07 2012 02:48:00     Barclays Bank Delaware,   Attention: Bankruptcy,
              Po Box 8801,   Wilmington, DE 19899-8801
18441104    +EDI: CAPITALONE.COM Mar 07 2012 02:48:00     Capital 1 Bank,   Attn: Bankruptcy Dept.,
              Po Box 30285,   Salt Lake City, UT 84130-0285
18441109    +EDI: RMSC.COM Mar 07 2012 02:48:00     Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
              Roswell, GA 30076-9104
18441110    +EDI: HFC.COM Mar 07 2012 02:48:00     HSBC,   Attn: Bankruptcy,   PO Box 5213,
              Carol Stream, IL 60197-5213
18441111    +EDI: HFC.COM Mar 07 2012 02:48:00     Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
              Carol Stream, IL 60197-5213
18441112     EDI: TSYS2.COM Mar 07 2012 02:48:00     Juniper Bank,   PO Box 13337,
              Philadelphia, PA 19101-3337
18441113    +EDI: CBSKOHLS.COM Mar 07 2012 02:48:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
18441115    +EDI: MID8.COM Mar 07 2012 02:48:00     Midland Credit Mgmt In,   8875 Aero Dr,
              San Diego, CA 92123-2255
18441118     EDI: PRA.COM Mar 07 2012 02:48:00     Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541
18441119    +EDI: USCELLULAR.COM Mar 07 2012 02:48:00     US Cellular,   PO Box 7835,   Madison, WI 53707-7835
18441120    +EDI: WFNNB.COM Mar 07 2012 02:48:00     Wfnnb/New York & Compa,   Attention: Bankruptcy,
              P.O. Box 182686,   Columbus, OH 43218-2686
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2012              Signature:    *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2              Date Rcvd: Mar 06, 2012
                               Form ID: ntcftfc7          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2012 at the address(es) listed below:
        Anna Kahriman    on behalf of Creditor   Carrington Mortgage Services akahriman@potestivolaw.com,
bknotices@potestivolaw.com
        Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Sara K Ledford    on behalf of Debtor Joanne Becker notice@ledfordwu.com,
courtnotice@ledfordwu.com
                                                                            TOTAL: 4