# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BECKER, JOANNE M | § | Case No. 12-03924 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom 2nd Floor,

Will County Court - Joliet City Hall
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/18/2012 _____                By: /s/ Bradley J. Waller _____
                                                                    Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BECKER, JOANNE M | § | Case No. 12-03924 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BRADLEY J. WALLER | $ 163.00 | $ 0.00 | $ 163.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,913.00 |
| Remaining Balance | $ | 8,087.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

## NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,457.97  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ 2,467.07 | $ 0.00 | $ 1,080.90 |
| 000002 | PHARIA L.L.C. | $ 5,298.20 | $ 0.00 | $ 2,321.30 |
| 000003 | American InfoSource LP as agent for | $ 314.00 | $ 0.00 | $ 137.57 |
| 000004 | GE Capital Retail Bank | $ 3,562.31 | $ 0.00 | $ 1,560.76 |
| 000005 | Capital One Bank (USA), N.A. | $ 875.59 | $ 0.00 | $ 383.62 |
| 000006 | Capital One Bank (USA), N.A. | $ 947.54 | $ 0.00 | $ 415.15 |
| 000007 | Portfolio Recovery Associates, LLC | $ 2,277.01 | $ 0.00 | $ 997.63 |
| 000008 | Cavalry Portfolio Services, LLC | $ 1,148.96 | $ 0.00 | $ 503.39 |
| 000009 | Cavalry Portfolio Services, LLC | $ 734.53 | $ 0.00 | $ 321.82 |
| 000010 | Capital One N.A. | $ 679.58 | $ 0.00 | $ 297.74 |
| 000011 | American InfoSource LP as agent for | $ 153.18 | $ 0.00 | $ 67.12 |

Total to be paid to timely general unsecured creditors    $_____8,087.00

Remaining Balance    $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller _____

Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 12-03924  Doc 42  Filed 12/19/12  Entered 12/21/12 23:48:04  Desc Imaged
Case 12-03924  Doc 18  Filed 03/08/12  Entered 03/08/12 23:43:51  Desc Imaged
Certificate of Notice  Page 2 of 3
Certificate of Notice  Page 5 of 9

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-03924-BWB
Joanne M Becker                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 2          Date Rcvd: Mar 06, 2012
                             Form ID: ntcftfc7        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2012.
```
db          +Joanne M Becker,    2208 Grayhawk Dr.,    Plainfield, IL 60586-6565
18441101    +Applied Card Bank,    Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
18441103    +Calvary Portfolio Services,    Attention: Bankruptcy Department,    500 Summit Lake Dr.,
              Valhalla, NY 10595-1340
18441106    +Credit One,    P.O. Box 60500,    City of Industry, CA 91716-0500
18441105    +Deutsche Bank National Trust Co,    as Trustee for Carrington Home,    Anna C Stanley,
              Potestive & Assoc P.c.,    223 W Jackson Blvd Suite 610,    Chicago, IL 60606-6911
18441108    +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
18441107    +Edward Hospital,    801 S. Washington St.,    Naperville, IL 60540-7499
18441116    +MRSI,    2250 E. Devon Avenue, Suite 352,    Des Plaines, IL 60018-4521
18441114    +Medical Recovery Specialists, LLC,    2250 E Devon Ave., Ste 352,    Des Plaines, IL 60018-4519
18441117    +Northstar Capital Acquisition,    c/o National Management Recovery,
              5944 Coral Ridge Drive, Suite 204,    Coral Springs, FL 33076-3300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18441099    +EDI: GMACFS.COM Mar 07 2012 02:48:00    Ally Financial,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
18441100    +EDI: HFC.COM Mar 07 2012 02:48:00    American Dream Card,    P.O. Box 17313,
              Baltimore, MD 21297-1313
18441102    +EDI: TSYS2.COM Mar 07 2012 02:48:00    Barclays Bank Delaware,    Attention: Bankruptcy,
              Po Box 8801,    Wilmington, DE 19899-8801
18441104    +EDI: CAPITALONE.COM Mar 07 2012 02:48:00    Capital 1 Bank,    Attn: Bankruptcy Dept.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
18441109    +EDI: RMSC.COM Mar 07 2012 02:48:00    Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
18441110    +EDI: HFC.COM Mar 07 2012 02:48:00    HSBC,    Attn: Bankruptcy,    PO Box 5213,
              Carol Stream, IL 60197-5213
18441111    +EDI: HFC.COM Mar 07 2012 02:48:00    Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
              Carol Stream, IL 60197-5213
18441112     EDI: TSYS2.COM Mar 07 2012 02:48:00    Juniper Bank,    PO Box 13337,
              Philadelphia, PA 19101-3337
18441113    +EDI: CBSKOHLS.COM Mar 07 2012 02:48:00    Kohls/capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
18441115    +EDI: MID8.COM Mar 07 2012 02:48:00    Midland Credit Mgmt In,    8875 Aero Dr,
              San Diego, CA 92123-2255
18441118     EDI: PRA.COM Mar 07 2012 02:48:00    Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
18441119    +EDI: USCELLULAR.COM Mar 07 2012 02:48:00    US Cellular,    PO Box 7835,    Madison, WI 53707-7835
18441120    +EDI: WFNNB.COM Mar 07 2012 02:48:00    Wfnnb/New York & Compa,    Attention: Bankruptcy,
              P.O. Box 182686,    Columbus, OH 43218-2686
                                                                                   TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****                                           TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2012**                          **Signature:** _Joseph Speetjens_

Case 12-03924   Doc 42   Filed 12/19/12   Entered 12/21/12 23:48:04   Desc Imaged
Case 12-03924   Doc 18   Filed 03/06/12   Entered 03/08/12 23:43:51   Desc Imaged
Certificate of Notice   Page 3 of 3
Certificate of Notice   Page 3 of 3

District/off: 0752-1          User: mrahmoun          Page 2 of 2          Date Rcvd: Mar 06, 2012
                             Form ID: ntcftfc7        Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2012 at the address(es) listed below:
      Anna   Kahriman    on behalf of Creditor  Carrington Mortgage Services akahriman@potestivolaw.com,
     bknotices@potestivolaw.com
      Bradley J Waller    bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Sara K Ledford    on behalf of Debtor Joanne Becker notice@ledfordwu.com,
     courtnotice@ledfordwu.com
                                                     TOTAL: 4

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-03924-BWB
Joanne M Becker                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: bchavez         Page 1 of 3         Date Rcvd: Dec 19, 2012
                            Form ID: pdf006        Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2012.
db          +Joanne M Becker,    2208 Grayhawk Dr.,    Plainfield, IL 60586-6565
18441100    +American Dream Card,    P.O. Box 17313,    Baltimore, MD 21297-1313
18441102    +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
18441104    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18712338     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18992689     Capital One N.A.,    Attorneys/Agent For Creditor,    Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
18441105    +Deutsche Bank National Trust Co,    as Trustee for Carrington Home,    Anna C Stanley,
             Potestive & Assoc P.c.,    223 W Jackson Blvd Suite 610,    Chicago, IL 60606-6911
18441108    +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
18441107    +Edward Hospital,    801 S. Washington St.,    Naperville, IL 60540-7499
18441110    +HSBC,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
18441111    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18441112     Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
18441117    +Northstar Capital Acquisition,    c/o National Management Recovery,
             5944 Coral Ridge Drive, Suite 204,    Coral Springs, FL 33076-3300
18441118    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
18441120    +Wfnnb/New York & Compa,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18441099    +E-mail/Text: ally@ebn.phinsolutions.com Dec 20 2012 02:18:19     Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
18667839     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2012 02:28:51
             American InfoSource LP as agent for,    Edward and Linden Oaks Hospitals,    PO Box 248838,
             Oklahoma City, OK  73124-8838
18994824     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2012 02:30:38
             American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
             Oklahoma City, OK  73124-8838
18441101    +E-mail/Text: bnc-applied@quantum3group.com Dec 20 2012 04:43:39     Applied Card Bank,
             Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
18441103    +E-mail/Text: bankruptcy@cavps.com Dec 20 2012 04:41:59     Calvary Portfolio Services,
             Attention: Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
18856539     E-mail/Text: bankruptcy@cavps.com Dec 20 2012 04:41:59     Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18441106    +E-mail/Text: creditonebknotifications@resurgent.com Dec 20 2012 02:12:17     Credit One,
             P.O. Box 60500,    City of Industry, CA 91716-0500
18674412     E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2012 02:40:06     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18441109    +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2012 02:36:48     Gemb/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18441113    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2012 02:12:30     Kohls/capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18441116    +Fax: 847-227-2151 Dec 20 2012 04:36:54     MRSI,    2250 E. Devon Avenue, Suite 352,
             Des Plaines, IL 60018-4521
18441114    +Fax: 847-227-2151 Dec 20 2012 04:36:54     Medical Recovery Specialists, LLC,
             2250 E Devon Ave., Ste 352,    Des Plaines, IL 60018-4519
18593990    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2012 02:13:27     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18441115    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2012 02:13:27     Midland Credit Mgmt In,
             8875 Aero Dr,    San Diego, CA 92123-2255
18603908    +E-mail/Text: bncmail@w-legal.com Dec 20 2012 04:22:05     PHARIA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18441119    +Fax: 866-419-3894 Dec 20 2012 05:16:54     US Cellular,    PO Box 7835,    Madison, WI 53707-7835
                                                                                        TOTAL: 16


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Patrick A Meszaros,    Law Office Of Patrick A Meszaros P.C.
18770602*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Metris,    POB 41067,
             Norfolk VA 23541)
                                                                    TOTALS: 1, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Dec 19, 2012
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2012**                 **Signature:**

District/off: 0752-1              User: bchavez              Page 3 of 3              Date Rcvd: Dec 19, 2012
                                 Form ID: pdf006            Total Noticed: 31

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2012 at the address(es) listed below:
              Anna  Stanley    on behalf of Creditor   Carrington Mortgage Services akahriman@potestivolaw.com,
               bknotices@potestivolaw.com
              Bradley J Waller    on behalf of Trustee Bradley J Waller bjwtrustee@ksbwl.com,
               bwaller@ecf.epiqsystems.com
              Bradley J Waller    bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara K Ledford    on behalf of Debtor Joanne M Becker notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                          TOTAL: 5